UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ALEXANDRA HOBBS, on behalf of herself and all other persons similarly situated,

                    Plaintiff,

    -against-

ROOS ROAST, L.L.C. ET AL,

                    Defendants.

------------------------------------------------------------------X

**ORDER**

**22-CV-00542 (AJN) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

This case was referred to Magistrate Judge Willis on February 18, 2022 for General Pretrial. ECF No. 8. The parties are directed to contact Courtroom Deputy Christopher Davis via e-mail at WillisNYSDChambers@nysd.uscourts.gov and provide three mutually agreeable dates for an Initial Case Management Conference by **Friday, February 25, 2022**. Proposed dates should be in the last two weeks of March.

    SO ORDERED.

DATED:    New York, New York
               February 18, 2022

_____
JENNIFER E. WILLIS
United States Magistrate Judge